USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/30/05

RECEIVED
CHAMBERS OF
NOV 29 2005
JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GWENDOLYN VARNER,
    Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA and
STANDARD CHARTERED BANK,
    Defendants.

05 Civ. 7919 (SAS)

[~~PROPOSED~~] ORDER

---

WHEREAS, Defendant Standard Chartered Bank's time under Federal Rule of Civil Procedure 12(a) to move, answer, or otherwise respond to the Complaint in this matter was originally set for December 6, 2005; and

WHEREAS, Defendant Standard Chartered Bank requested a 30-day extension of such time to move, answer, or otherwise respond to the Complaint; and

WHEREAS, the parties were unable to agree to the terms of an extension; and

WHEREAS, this is Defendant Standard Chartered Bank's first request for an extension;

IT IS HEREBY ORDERED that Defendant Standard Chartered Bank's time to move, answer, or otherwise respond to Plaintiff's Complaint is extended to ~~January 5,~~ Dec. 23 2005.

Dated: New York, New York
    Nov 29, 2005

SO ORDERED

*[signature]*

Hon. Shira A. Scheindlin
U.S.D.J.

ny-667999