AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

GWENDOLYN VARNER

**SUMMONS IN A CIVIL CASE**

V.

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICAN AND STANDARD CHARTERED
BANK

CASE NUMBER: 05 CV 7919

JUDGE SCHEINDLIN

TO: (Name and address of defendant)

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
290 WEST MOUNT PLEASANT AVENUE
LIVINGSTON, NEW JERSEY 07039

STANDARD CHARTERED BANK
ONE MADISON AVENUE
NEW YORK, NY 10010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEVEN J. FINKELSTEIN
1164 VICTORY BOULEVARD
STATEN ISLAND, NEW YORK 10301

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J.J. MICHAEL McMAHON                                    SEP 1 2 2005

CLERK                                                    DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE: NOVEMBER 16, 2005 |
| NAME OF SERVER (PRINT): JAMES W. PRIOR | TITLE: PROCESS SERVER #1000656 |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: STANDARD CHARTERED BANK ONE MADISON AVE. NEW YORK N.Y.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] ADDITIONAL Other (specify): JOHANNA VARGAS LEGAL ASSISTANT - LEGAL DEPT. STANDARD CHARTERED BANK   212-667-0367   ACCEPTED

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on NOVEMBER 16, 2005
Date

Signature of Server

79 WHITEWOOD AVE
STATEN ISLAND N.Y. 10310
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

B 151— Affidavit of Service of Summons or Subpoena; Personal or Alternative Methods; Corp. or Ind.; Military Service. 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

SOUTHERN ~~COURT~~ DISTRICT
~~COUNTY~~ OF New York

Guenavecia Walker

Plaintiff(s)

against

The Prudential Insurance Company of America + Standard Chartered Bank

Defendant(s)

Index No. 05 CV 7919

AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)

Judge Scheindlin

STATE OF NEW YORK, COUNTY OF Richmond SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 79 Whitewood Ave Staten Island N.Y.
That on November 16, 2005 at 12³⁰ PM, at One Madison Ave New York N.Y.
deponent served the within summons, and complaint on Standard Chartered Bank defendant therein named,

INDIVIDUAL 1. ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION 2. ☐ a corporation, by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

SUITABLE AGE PERSON 3. ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's —actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC. 4. ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

☒ Johanna Vargas Legal Assistant Legal Dept Accepted to serve for Matthew Millett - (CC)

MAILING TO RESIDENCE USE WITH 3 OR 4
5A. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4
5B. ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3
☒
| ☐ Male | ☐ White Skin | ☒ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☐ 131-160 Lbs. |
| | ☒ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☒ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT. ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on the 3rd day of December, 2005

DONNA SABELLA
NOTARY PUBLIC, STATE OF NEW YORK
RICHMOND COUNTY

[Signature]
PRINT NAME BENEATH SIGNATURE
James W. Pryor
License No.

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.