AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF ___ NEW YORK _____

GWENDOLYN VARNER

**SUMMONS IN A CIVIL CASE**

V.

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICAN AND STANDARD CHARTERED
BANK

CASE NUMBER:

**05 CV 7919**

**JUDGE SCHEINDLIN**

TO: (Name and address of defendant)

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA
290 WEST MOUNT PLEASANT AVENUE
LIVINGSTON, NEW JERSEY 07039

STANDARD CHARTERED BANK
ONE MADISON AVENUE
NEW YORK, NY 10010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEVEN J. FINKELSTEIN
1164 VICTORY BOULEVARD
STATEN ISLAND, NEW YORK 10301

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

SEP 1 2 2005
DATE

STATE OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK , USDC

---

GWENDOLYN VARNER,

                Plaintiff,

  -against-                                 AFFIDAVIT OF SERVICE

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA , ET ANO,

                Defendant.

*05CV7919*

*Judge Scheindlin*

---

STATE OF NEW YORK  )
COUNTY OF ALBANY  ) SS:

JAMES PERONE , being duly sworn, deposes and says that deponent resides in the State of New York, is over the age of eighteen years and is not a party in this proceeding. Deponent served a true copy of the SUMMONS IN A CIVIL CASE AND COMPLAINT, CIVIL COVER SHEET with regard to the above entitled action, such service having been made in the following manner, stated herein, and said person being the proper and authorized person to be served in this proceeding, **on the defendant: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA BY SERVING NYS SUPT OF INSURANCE** by personally delivering to and leaving a true copy thereof with Patrick Harrigan on the 16th day of November, 2005, at 12:43 P.M., at 1 Commerce Plaza, Albany, New York; deponent knew the corporation so served to be the corporation described as the said defendant therein, and that the said individual was authorized to accept service on it's behalf and was the Attorney thereof. Deponent further states upon information and belief that said person so served is not in the Military service of the State of New York or of the United States as the term is defined in either the State or Federal Statutes.

| <u>Sex</u> | <u>Skin</u> | <u>Hair</u> | <u>Age</u> | <u>Height</u> | <u>Weight</u> | Other: |
|---|---|---|---|---|---|---|
| Male | White | Red | 44 | 5'10 | 160 | |

                                            _____
                                            JAMES PERONE

Sworn to before me this
16th day of November, 2005

_____
Donna M. Tidings
Notary Public, State of New York
No. 01T14898570, Qualified in Albany County
Commission Expires June 15, 2007

STATE OF NEW YORK
INSURANCE DEPARTMENT
One Commerce Plaza
Albany, NY 12257

STATE OF NEW YORK
United States District Court, Southern District of New York

---

Gwendolyn Varner

    against      Plaintiff(s)

Prudential Insurance Company of America

             Defendant(s)

05 CV 7919

*Judge Scheindlan*

---

RE: Prudential Insurance Company of America

Attorney for Plaintiff(s) and Defendant please take notice as follows:

Sirs:
Attorney for Plaintiff(s) is hereby advised of acknowledgement of service upon me of Summons In A Civil Case in the above entitled action on November 16, 2005 at Albany, New York. The $40 fee is also acknowledged.

Original to Attorney for Plaintiff(s):

  Steven J. Finkelstein
  1164 Victory Boulevard
  Staten Island, New York 10301

Pursuant to the requirement of section 1212 of the Insurance Law, Defendant is hereby notified of service as effected above. A copy of the paper is enclosed.

Duplicate to Defendant:

  CT Corporation
  Prudential Insurance Company of America
  111 8th Avenue
  New York, New York 10011

*Salvatore Castiglione* (signature)

by Salvatore Castiglione
Assistant Deputy Superintendent & Chief

Dated Albany, New York, November 21, 2005

386926  C.A.#171130