B 151— Affidavit of Service of Summons or Subpoena: Personal or Alternative Methods; Corp. or Indiv. Military Service. 10 pt. type, 1-95

© 1988 JULIUS BLUMBERG, INC., PUBLISHER, NYC 10013

UNITED STATES DISTRICT COURT
~~COUNTY OF~~ Southern District of New York

Gwendolyn Chavala

Plaintiff(s)

against

The Prudential Insurance Company of America & Standard Chartered Bank

Defendant(s)

Index No. 05 CV 7919

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT)**

Judge Scheindlin

STATE OF NEW YORK, COUNTY OF Richmond SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at 79 Whitewood Ave Staten Island NY.

That on December 2, 2005 at 12ᵖᵐ, at 751 Broad Street Newark NY deponent served the within summons, and complaint on The Prudential Insurance Co of America defendant therein named,

**INDIVIDUAL 1.** ☐ by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

**CORPORATION 2.** ☐ a corporation, by delivering thereat a true copy of each to personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be thereof.

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy of each to a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

☒ Eva Sanchez accepted for M Gibson Agent for Prudential Ins Co of America

Served
1) Individual Rules & Procedures John Shira A. Scheindlin
2) Individual Practices of John Francis
3) Procedures for Electronic Case Filing

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

**DESCRIPTION USE WITH 1, 2, OR 3**

☐ Male ☒ Female | ☐ White Skin ☒ Black Skin ☐ Yellow Skin ☐ Brown Skin ☐ Red Skin | ☒ Black Hair ☐ Brown Hair ☐ Blonde Hair ☐ Gray Hair ☐ Red Hair | ☐ White Hair ☐ Balding ☐ Mustache ☐ Beard ☐ Glasses | ☐ 14-20 Yrs. ☒ 21-35 Yrs. ☐ 36-50 Yrs. ☐ 51-65 Yrs. ☐ Over 65 Yrs. | ☐ Under 5' ☐ 5'0"-5'3" ☒ 5'4"-5'8" ☐ 5'9"-6'0" ☐ Over 6' | ☐ Under 100 Lbs. ☐ 100-130 Lbs. ☒ 131-160 Lbs. ☐ 161-200 Lbs. ☐ Over 200 Lbs.

Other identifying features:

**USE IN NYC CIVIL CT.** ☐ The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

**MILITARY SERVICE** ☒ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on the 5th day of December 2005,

DONNA SAPELLA
NOTARY PUBLIC, STATE OF NEW YORK
NO. 24-...
QUALIFIED IN RICHMOND COUNTY
TERM EXPIRES OCT. 26, 20__

PRINT NAME BENEATH SIGNATURE
James W. Pace

License No. 1CCC656

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.