UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GWENDOLYN VARNER,                                 :

                Plaintiff,   :   05 Civ. 7919 (SAS)

    - against -                                  :

                                 **Rule 7.1 Statement**

THE PRUDENTIAL INSURANCE COMPANY OF   :
AMERICA and STANDARD CHARTERED BANK,
                                 :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant The Prudential Insurance Company of America certifies the following:

      The Prudential Insurance Company of America is an indirect, wholly owned subsidiary of Prudential Financial, Inc., a publicly traded corporation. The Prudential Insurance Company of America is owned by Prudential Holdings, LLC. Prudential Holdings, LLC is owned by Prudential Financial, Inc.

Dated:    White Plains, New York
              December 7, 2005

                              WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                              By:  <u>Emily A. Hayes</u>
                                     Fred N. Knopf (FNK 4625)
                                   Emily A. Hayes (EH 5243)
                                   3 Gannett Drive
                                   White Plains, New York 10604-3407
                                   Phone (914) 323-7000
                                   Facsimile (914) 323-7001

1053152.1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 7, 2005, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              /s/ Emily A. Hayes_____
                                              Emily A. Hayes (EH 5243)
                                              3 Gannett Drive
                                              White Plains, New York 10604-3407
                                              Phone (914) 323-7000, Ext. 4217
                                              Facsimile (914) 323-7001
                                              hayese@wemed.com

1053152.1