UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| GWENDOLYN VARNER, | : | |
| Plaintiff, | : | 05 Civ. 7919 (SAS) |
| - against - | : | |
| | | **Rule 7.1 Statement** |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and STANDARD CHARTERED BANK, | : | |
| | : | |
| Defendants. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Standard Chartered Bank certifies the following:

The parent corporation of Standard Chartered Bank is Standard Chartered Bank, PLC, which is headquartered in London.

Dated:   White Plains, New York
         December 23, 2005

          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

          By:   <u>Emily A. Hayes</u>
             Fred N. Knopf (FNK 4625)
             Emily A. Hayes (EH 5243)
             3 Gannett Drive
             White Plains, New York 10604-3407
             Phone (914) 323-7000
             Facsimile (914) 323-7001

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 23, 2005, a copy of the foregoing Rule 7.1 Statement was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ Emily A. Hayes_____
                Emily A. Hayes (EH 5243)
                3 Gannett Drive
                White Plains, New York 10604-3407
                Phone (914) 323-7000, Ext. 4217
                Facsimile (914) 323-7001
                hayese@wemed.com

1063936.1