UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
GWENDOLYN VARNER,

                Plaintiff,      05 Civ. _____ (SAS)

- against -

                                       ORDER
THE PRUDENTIAL INSURANCE COMPANY OF      TO STAY
AMERICA AND STANDARD CHARTERED BANK,      LITIGATION

                Defendants.

------------------------------------- x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/06

The Honorable Shirra A. Scheindlin,

ORDERS pursuant to the agreement of the plaintiff and defendants Prudential Insurance Company of America and Standard Chartered Bank (collectively "Defendants"), that the captioned action is stayed, pending the outcome of plaintiff's administrative appeal in this matter.

                            So Ordered:

Dated: 1/31/06                     [signature]
                                            USDJ

Entered: _____

*The Clerk is directed to place this case on the suspense calendar until further order of this Court.*

1087952.1