UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GWENDOLYN VARNER,                                              05 CIV. 7919

              Plaintiff(s)                      05 Civ. 7979 (SAS)

                                                       STIPULATION
        - against –                                 DISCONTINUING
                                                       ACTION

THE PRUDENTIAL INSURANCE COMPANY               Judge Shira Scheindlin
OF AMERICA AND STANDARD CHARTERED BANK,

              Defendant(s)
-------------------------------------------------------------X

       **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the respective parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of Court.

Dated: Staten Island, New York
        August 28, 2006

BY: _____          BY: _____
STEVEN J. FINKELSTEIN                 FRED N. KNOPF, ESQ. (FNK 4625)
Attorney for Plaintiff(s)             Wilson, Elser, Moskowitz, Edelman &
Gwendolyn Varner                      Dicker, LLP
1164 Victory Boulevard                Attorneys for Defendant(s)
Staten Island, New York 10301         Prudential Insurance Company of
(718) 447-6300                        America and Standard Chartered Bank
                                      3 Gannett Drive
                                      White Plains, New York 10604
                                      (914) 323-7000

SO ORDERED:                           DATED:_____

_____
Judge Shira Scheindlin