LAW FIRM
Case 2:05-cv-07919-SAS   Document 13   Filed 09/11/2006   Page 1 of 1
7184479908

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GWENDOLYN VARNER,

               Plaintiff(s)

  - against -

THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA AND STANDARD CHARTERED BANK,

               Defendant(s)
------------------------------------------------------------X

05 CIV. 7919
~~05 Civ. 7979~~ (SAS)

STIPULATION
DISCONTINUING
ACTION

Judge Shira Scheindlin

    **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned attorneys of record for the respective parties herein, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, and without costs to either party as against the other. This Stipulation may be filed without further notice with the Clerk of Court.

Dated: Staten Island, New York
       August 28, 2006

BY: _____
STEVEN J. FINKELSTEIN
Attorney for Plaintiff(s)
Gwendolyn Varner
1164 Victory Boulevard
Staten Island, New York 10301
(718) 447-6300

BY: _____
FRED N. KNOPF, ESQ. (FNK 4625)
Wilson, Elser, Moskowitz, Edelman &
Dicker, LLP
Attorneys for Defendant(s)
Prudential Insurance Company of
America and Standard Chartered Bank
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

SO ORDERED: _____
Judge Shira Scheindlin
8/7/07

DATED: August 7, 2007

RECEIVED TIME  SEP. 7.  12:44PM